RICHARD CROKER, JR., Individually and as Trustee, etc., Respondent, v.
THE NEW YORK TRUST COMPANY, as Temporary Administrator, etc., of RICHARD
CROKER, Deceased, Appellant, Impleaded with ETHEL C. WHITE, Individually

and as Executrix, etc., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.